## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 12-242 UA (MRW) | Date | February 27, 2012 |
|---|---|---|---|
| Title | Coffelt v. Clark | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** **(IN CHAMBERS) ORDER RE: REQUEST TO PROCEED IN FORMA PAUPERIS**

Petitioner requests to proceed in forma pauperis in this state habeas matter.  (Docket # 1)  The request is GRANTED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vm | |