UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-242 UA (MRW) | Date | February 29, 2012 |
|---|---|---|---|
| Title | Louis A. Coffelt, Jr. V. J. Clark et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| | n/a | n/a |

**Proceedings:**     **(IN CHAMBERS)**

     The order granting request to proceed in forma pauperis is stricken (document #2). Plaintiff's complaint should be filed as a Second Amended Complaint in 12-37. All future filings shall be made only in case number ED CV 12-37 RGK (MRW). This case is closed (JS-6).

|  |  | 0 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | | vm |